

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

**Signed October 16, 2010**

---

BTXN 210 (rev. 04/10)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Sammy Lee Smith § Case No.: 00–10805–rlj13
Linda Faye Smith § Chapter No.: 13
Debtor(s) §

## ORDER DENYING PAYMENT OF A DIVIDEND FROM UNCLAIMED FUNDS

The Court finds that Citicorp, N.A. filed an Application for Payment of Unclaimed Funds on 09/30/2010 in the amount of $966.48.

The Court, after review of the application, finds:

- ☐ no documents of proof are provided with the application
- ☐ insufficient documentation has been provided with the application
- ☑ no funds are on record for the claimant
- ☐ the application was not served on the US Attorney
- ☐ Other:

It is therefore ORDERED that the Application for Payment of Unclaimed Funds is denied without prejudice.

# # # End of Order # # #